1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

   ONLY QUINN,                    )   1:07-cv-00041-AWI-SMS
11                                )
                 Plaintiff,       )   **STIPULATION AND ORDER MODIFYING**
12                                )   **LITIGATION SCHEDULE**
        v.                        )
13                                )
   UNITED STATES DEPARTMENT OF    )
14 THE NAVY,                      )
                                  )
15               Defendant.       )
                                  )
16 ──────────────────────────────

17         The parties to this action, through their attorneys,

18 submit this stipulation and proposed order to modify the

19 litigation schedule, as set forth in detail below.

20         This action involves an industrial accident at the U.S.

21 Naval Air Station at Lemoore, California.  Plaintiff, a civilian,

22 was working on a boom lift to repair the air conditioning system

23 in an aircraft engine maintenance building.  Plaintiff alleges

24 that he was injured when Navy personnel, who were moving an

25 aircraft engine with an overhead crane, caused the crane to

26 collide with the boom lift, crushing Plaintiff against the

27 ceiling of the building.

28

The parties base their stipulation on good cause.  The parties have only recently been able to locate the former Navy personnel who were operating the overhead crane.  The depositions of those witnesses will require counsel to coordinate their schedules for travel to Virginia, Florida and Oregon.  In addition, the deposition of the Plaintiff, which had been set for January 4, 2008, must be rescheduled due to unexpected travel delays encountered by Plaintiff's attorney.  The parties will not be in a position to disclose expert witnesses and complete expert discovery until this fact discovery is complete.  The parties have made no previous requests to modify the case schedule.

The parties have agreed to the following schedule and respectfully request that the court endorse this stipulation.

| | Old Date | New Date |
|---|---|---|
| Expert disclosures | February 1, 2008 | **April 18, 2008** |
| Supp. expert disclosures | February 22, 2008 | **May 9, 2008** |
| Non-expert discovery cutoff | January 18, 2008 | **April 4, 2008** |
| Expert discovery cutoff | April 1, 2008 | **June 17, 2008** |
| Non-dispositive motion filing deadline | April 4, 2008 | **June 20, 2008** |
| Dispositive motion filing deadline | April 11, 2008 | **June 27, 2008** |
| Settlement conference (SMS) | January 22, 2008 | **May 27, 2008 10:30 a.m.** |
| Pretrial conference (AWI) | June 6, 2008 | **August 22, 2008 8:30 a.m.** |
| Trial (5 days) (AWI) | July 15, 2008 | **September 30, 2008, 9:00 a.m.** |

STIPULATION AND [PROPOSED] ORDER MODIFYING LITIGATION SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: January 14, 2008.        McGREGOR W. SCOTT
                                United States Attorney


                                By:   /s/ Benjamin E. Hall
                                      BENJAMIN E. HALL
                                      Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      United States of America


Dated: January 14, 2008.        LAW OFFICES OF EDWARD B. CHATOIAN

                                      (As authorized 1/14/08)

                                By:   /s/ Edward B. Chatoian
                                      EDWARD B. CHATOIAN
                                      Attorneys for Plaintiff, Only
                                      Quinn

Dated: January 14, 2008.        SMITH & SUSSON, LLP

                                      (As authorized 1/14/08)

                                By:   /s/ Cynthia Bell Kittle
                                      CYNTHIA BELL KITTLE
                                      Attorneys for Plaintiff-in-
                                      Intervention American Casualty
                                      Company of Reading,
                                      Pennsylvania


IT IS SO ORDERED.

**Dated:   January 14, 2008**            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING LITIGATION SCHEDULE