*ORIGINAL*   **FILED**

**SMITH & SUSSON, LLP**
660 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone (949) 706-1776
Facsimile (949) 706-0776

Mark Susson, SBN 89420
Cynthia Bell Kittle, SBN 12165

Attorneys For Plaintiff-in-Intervention
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA

LODGED

MAR – 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONLY QUINN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendants.<br><br>―――――――――――<br><br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA<br><br>    Plaintiff-in-Intervention,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendant -in-Intervention. | CASE NO.    1:07-CV-00041-AWI-SMS<br><br>STIPULATION AND ORDER ALLOWING AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA TO INTERVENE IN PENDING ACTION |

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA seeks

to intervene and assert the claim set out in the attached Complaint-in-Intervention, to wit: the

1  recovery of workers' compensation benefits paid to and on behalf of the plaintiff, ONLY

2  QUINN.

3          IT IS HEREBY STIPULATED by and between the parties through their attorneys

4  of record that AMERICAN CASUALTY INSURANCE COMPANY OF READING,

5  PENNSYLVANIA be allowed to intervene in the pending action, <u>Only Quinn vs. United States

6  Department of the Navy,</u> Case No. 1:07-CV-00041-AWI-SMS.

7  DATED: 2/25/08                          SMITH & SUSSON, LLP

8

9                                           By: _____
                                            CYNTHIA BELL KITTLE
10                                          Attorneys for Plaintiff-in-Intervention,
                                            AMERICAN CASUALTY COMPANY OF
11                                          READING, PENNSYLVANIA

12

13  DATED 6-18-07                           LAW OFFICES OF EDWARD B.
                                            CHATOIAN
14

15

16                                          By: _____
                                            EDWARD B. CHATOIAN
17                                          Attorneys for Plaintiff, ONLY QUINN

18
    DATED                                   UNITED STATES ATTORNEY'S OFFICE
19

20

21                                          By: _____
                                            KIMBERLY GAAB
                                            Attorneys for United States Department of the
22                                          Navy

23                          **ORDER**

24          IT IS ORDERED that AMERICAN CASUALTY COMPANY OF READING be

25  allowed to intervene in the matter of <u>Only Quinn vs. United States Department of the Navy,</u> Case

26  No. 1:07-CV-00041-AWI-SMS.

27      3/13/08

28  _____
    U.S. MAGISTRATE JUDGE
    S M SNYDER

STIPULATION TO INTERVENE                            2

1  recovery of workers' compensation benefits paid to and on behalf of the plaintiff, ONLY

2  QUINN.

3          IT IS HEREBY STIPULATED by and between the parties through their attorneys

4  of record that AMERICAN CASUALTY INSURANCE COMPANY OF READING,

5  PENNSYLVANIA be allowed to intervene in the pending action, Only Quinn vs. United States

6  Department of the Navy, Case No. 1:07-CV-00041-AWI-SMS.

7  DATED:                          SMITH & SUSSON, LLP

8

9                                   By:_____

10                                  CYNTHIA BELL KITTLE
                                 Attorneys for Plaintiff-in-Intervention,
                                 AMERICAN CASUALTY COMPANY OF

11                                  READING, PENNSYLVANIA

12

13 DATED                          LAW OFFICES OF EDWARD B.
                                 CHATOIAN

14

15

16                                  By:_____
                                 EDWARD B. CHATOIAN
                                 Attorneys for Plaintiff, ONLY QUINN

17

18 DATED  1 /16 /08            UNITED STATES ATTORNEY'S OFFICE

19

20                                  By:

21                                  BENJAMIN E. HALL
                                 Attorneys for United States Department of the

22                                  Navy

23                           **ORDER**

24         IT IS ORDERED that AMERICAN CASUALTY COMPANY OF READING be

25 allowed to intervene in the matter of Only Quinn vs. United States Department of the Navy, Case

26 No. 1:07-CV-00041-AWI-SMS.

27   3/13/08

28                              U.S. MAGISTRATE JUDGE